```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LUIS TORO,

                Plaintiff,

    - against -

XERK INDUSTRIES, INC.,

                Defendant.

22-cv-10588 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **February 28, 2023**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **March 10, 2023**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

    The conference scheduled for **February 27, 2023** is **canceled**.

SO ORDERED.

Dated:    New York, New York
           February 14, 2023

                                        John G. Koeltl
                                United States District Judge