```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LUIS TORO,

                Plaintiff,

    - against -

XERK INDUSTRIES, INC.,

                Defendant.

------------------------------------------------

22-cv-10588(JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by March 22, 2023.

SO ORDERED.

Dated:    New York, New York
            March 8, 2023

                                            /s/ John G. Koeltl
                                                  John G. Koeltl
                                          United States District Judge