```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

LUIS TORO,

              Plaintiff,

  - against -

XERK INDUSTRIES, INC.,

              Defendant.

22-cv-10588 (JGK)

ORDER

------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

By **July 21, 2023,** the parties shall update the Court on the status of this case. There has been no docket activity since March 23, 2023, the date that the Court so-ordered the Civil Scheduling Order, and several of the deadlines in that Order have passed, including the time for the parties to advise whether a reference to the Magistrate Judge would be useful for settlement and whether the parties consent to trial before the Magistrate Judge; the deadline to submit a joint pre-trial order; and the deadline for dispositive motions, if any. See ECF No. 12.

**SO ORDERED.**

Dated:    New York, New York
            July 17, 2023

                                                 _____
                                                  John G. Koeltl
                                           United States District Judge