```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LUIS TORO,

           Plaintiff,

  - against -

XERK INDUSTRIES, INC.,

           Defendant.

22-cv-10588 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On July 17, 2023, the Court directed the parties to provide a status update by July 21, 2023, explaining why the parties have not complied with the deadlines in the scheduling order. See ECF Nos. 12, 13. The time for the parties to provide a status update is extended once more to **Thursday, August 3, 2023.** If the parties fail to update the Court by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:  New York, New York
       July 27, 2023

                                          John G. Koeltl
                                   United States District Judge